Exhibit A

to

Prepackaged plan of Redback Networks Inc.

Reorganized Redback Networks Inc.
certificate of incorporation

(To be filed with the plan supplement)